Dewey Paccagnini, Plaintiff-Appellee, v. Alfred S. Bort and Marie Bort, Defendants-Appellants.

Gen. No. 48,921.

First District, First Division.

May 13, 1963.

■■■■■■■■■■■■■■■■■■

J. H. Silver, and Louis P. Miller, of Chicago, for appellants. No briefs filed by appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**